AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00547 |
| PHILIP S. YOUNG | ) | Assigned To : Meriweather, Robin M. |
| | ) | Assign. Date : 7/28/2021 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                             PHILIP S. YOUNG                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☒ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding certain Officers or Employees of the United States in
the Performance of their Official Duties;

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.


Date:      07/28/2021

2021.07.28
16:49:47 -04'00'

*Issuing officer's signature*

City and state:          Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/28/21 , and the person was arrested on *(date)* 8/19/21 at *(city and state)* Sewell, New Jersey . |
| Date: 9/19/21 |
| *Arresting officer's signature* |
| Jason Novick Special Agent, FBI |
| *Printed name and title* |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No:** |
| | : | |
| **v.** | : | |
| | : | **VIOLATIONS:** |
| | : | |
| **PHILIP S. YOUNG,** | : | **18 U.S.C. § 111(a)(1),** |
| | : | **(Assaulting, Resisting, or Impeding** |
| | : | **certain Officers or Employees of the** |
| | : | **United States in the Performance of their** |
| | : | **Official Duties)** |
| **Defendant.** | : | **18 U.S.C. § 231(a)(3),** |
| | : | **(Obstruction of Law Enforcement During** |
| | : | **Civil Disorder)** |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1.     IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

4

2.     IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date:   July 28, 2021

2021.07.28
16:49:20 -04'00'

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

5

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | |
|---|---|
| v. | ) Case: 1:21-mj-00547 |
| PHILIP S. YOUNG | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 7/28/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ PHILIP S. YOUNG _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding certain Officers or Employees of the United States in
the Performance of their Official Duties;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

Date:     _____07/28/2021_____                    2021.07.28
                                                      16:49:47 -04'00'
                                         _____
                                              *Issuing officer's signature*

City and state:     _____Washington, D.C._____     Robin M. Meriweather, U.S. Magistrate Judge
                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____.                    _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>PHILIP S. YOUNG<br>DOB: 01/04/1962<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:21-mj-00547<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 7/28/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ in the District of ____Columbia____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding certain Officers or Employees of the United States in the Performance of their Official Duties,<br>18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Jason Novick, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ____07/28/2021____

2021.07.28
16:53:00 -04'00'
_____
*Judge's signature*

City and state:          Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

Your affiant, Jason Novick, is a Special Agent assigned to the Federal Bureau of Investigation – Philadelphia Division South Jersey Resident Agency. In my duties as a Special Agent, I am responsible for investigating violations of federal law and threats to U.S. national security. Currently, I am a tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Thousands of people made their way inside the perimeter of the Capitol grounds and approached the Capitol building. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted in those acts.

Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

In March 2021, the FBI Washington Field Office initiated an investigation into an unidentified subject suspected of involvement in a violent encounter with law enforcement officers on the upper west terrace of the U.S. Capitol. As part of this investigation, the FBI posted the following photograph, labeled #276-AFO, on its website seeking the public's assistance in identifying the individual.[1]



At the time that the FBI released the photograph of #276-AFO, the individual depicted in the photograph had already come to the attention of private citizens on social media and particularly on Twitter who shared the following photo, which appeared to show what appeared to be the same subject letting the air out of the tire of a U.S. Government vehicle.



---

[1] The acronym "AFO" stands for Assault on a Federal Officer.
[2] https://www.fbi.gov/wanted/capitol-violence-images/276.png/view
[3] http://www.truenorthreports.com/in-pictures-stop-the-steal-pro-trump-rally-in-washington-dc

In the image of the subject letting the air out of the tire, #276-AFO's jacket appears to have a logo on the back that is associated with the Boilermakers Union Local 28 located in Eastampton, New Jersey.

 

Law enforcement has recovered further images of #276-AFO, including images of the unique jacket and bandanna/head covering depicted above, including the following image:



In June 2021 and again in July 2021, two witnesses ("W1" and "W2") were interviewed together by the FBI. W1 and W2 were shown photos of #276-AFO and identified the individual

---

[4] Enlarged image of #276-AFO's jacket
[5] Boilermakers Union logo
[6] https://twitter.com/Rayllen7/status/1370116839741743106/photo/2

as PHILIP YOUNG ("YOUNG"). W1 and W2 stated that YOUNG was a retired member of the Boilermakers Union Local 28 chapter. W1 and W2 had interacted with YOUNG in person on numerous occasions. W1 and W2 provided YOUNG's home address in Sewell, New Jersey, and his cell phone number as \*\*\*-\*\*\*-1770.[7] Records obtained from Verizon, the service provider for \*\*\*-\*\*\*-1770 revealed that the phone number is registered to YOUNG's wife, with YOUNG listed as a point of contact. According to records obtained through a search warrant which was served on Verizon on January 6, 2021, in and around the time of the incident, the device associated with cellular telephone number \*\*\*-\*\*\*-1770 was identified as having utilized a cell site consistent with providing service to a geographic area that includes the interior of the U.S. Capitol building.

The FBI reviewed footage from the body worn cameras ("BWC") of Metropolitan Police Department officers involved in the violent encounter on the upper west terrace and identified numerous videos which show YOUNG's involvement in that violent encounter. Specifically, the videos show YOUNG and other protesters shouting at a line of officers standing behind a barricade on the south corner of the upper west terrace. At approximately 2:46 p.m., rioters can be heard shouting words to the effect of "1, 2, 3, go!" after which the rioters use their collective force to shove the barrier into the police officers. The group also lifts the barriers up in an apparent attempt to break through the police line by ducking under the barriers.

At the time the confrontation starts, YOUNG can be seen standing down the steps away from the barricades and the law enforcement officers. Once the clash starts, YOUNG runs up the steps and pushes another individual out of the way in order to engage the officers at the barricade line. YOUNG places his hands on the police barricade, picks up the barricade, and pushes it into the line of officers. In response to the crowd's physical aggression, MPD officers took defensive postures and used chemical irritants to stop the group from breaking through the line of officers. YOUNG is briefly successful at getting past the barricades before being sprayed with a chemical irritant and pushed back behind the barricade. The following image is a snapshot of one of the BWC videos, which shows YOUNG approaching the barricade in an apparent attempt to push the officers back from their positions.



---

[7] The full street address and phone number were provided; however, only the partial address and last four digits of the phone number are included here due to the public nature of the filing.

Following the confrontation with law enforcement officers on the upper west terrace, YOUNG can be seen on BWC videos walking back down the steps away from the officers. At approximately 4:13 p.m. on January 6, 2021, YOUNG was captured on U.S. Capitol CCTV footage walking down the stairs of the east side of the Capitol building. Around the same time, video recovered by the FBI pursuant to a search warrant executed on the Facebook account of a separate Capitol riot subject showed YOUNG using a tool to let the air out of a black vehicle parked on the east plaza of the Capitol building at the base of the stairs to the Capitol Rotunda. Based on the vehicle's location and the presence of a USCP sticker in the windshield on the lower left corner I believe that the vehicle whose tire YOUNG deflated was a U.S. Government vehicle. A screenshot of YOUNG deflating the tire from the vehicle is depicted above.

Based on the foregoing, your affiant submits that there is probable cause to believe that YOUNG violated 18 U.S.C. § 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes. Finally, your affiant understands that members of the D.C. Metropolitan Police Department had responded to the U.S. Capitol to assist the U.S. Capitol Police after rioters unlawfully entered the building.

There is probable cause to believe that YOUNG violated 18 U.S.C. 111(a)(1), which makes it a crime for anyone to forcibly assault, resist, oppose, impede, intimidate, or interfere with any United States law enforcement officer while that officer is engaged in the performance of their official duties.

Jason Novick
Federal Bureau of Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 28th day of July 2021.

2021.07.28
16:48:24
-04'00'

ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN                    **DATE:** August 19, 2021

**JUDGE MATTHEW J. SKAHILL, U.S.M.J.**

**COURT REPORTER:** Zoom

**OTHER**: Wayne Webb, U.S. Pretrial Services

**TITLE OF CASE:**                    **DOCKET NO. 21-MJ-4014(MJS)**
UNITED STATES OF AMERICA
 v.
PHILIP YOUNG

### DEFENDANT PRESENT

**APPEARANCES:**
Andrew B. Johns, AUSA for Government
Maggie F. Moy, AFPD for Defendant

**NATURE OF PROCEEDINGS:**     Rule 5 - Initial Appearance via Zoom
All parties consent to proceeding via Zoom videoconference.
Defendant advised of rights, charges and penalties.
Hearing on defendant's application for the appointment of counsel.
Financial affidavit executed on the record.
Ordered application granted.  Maggie F. Moy, AFPD appointed counsel for defendant.
Defendant waives formal reading of Complaint.
Defendant waives Identity and Preliminary Hearings.
Order re: Rule5(f) read into the record.
Hearing on government's application for bail to be set.
Ordered application granted.
Ordered bail to be set at $100,000.00 unsecured appearance bond with conditions.
Ordered defendant to appear at the U.S.D.C.  District of Columbia on 8/26/2021 at 1:00 p.m.
Order Setting Conditions of Release to be entered.
Ordered defendant released after processing.


                        *s/Ryan Sanders*
                        **DEPUTY CLERK**


**TIME COMMENCED:** 12:52 p.m.     **TIME ADJOURNED:** 1:12 p.m.
**TOTAL TIME:** 20 minutes

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag No. <u>21-4014(MJS)</u> |
| v. | **ORDER** |
| <u>PHILIP YOUNG</u>, | |
| Defendant. | |

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on this <u>19</u> day of <u>August</u>, 2021, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

Hon. Matthew J. Skahill
United States Magistrate Judge

AO 98   (Rev. 8/85) Appearance Bond

# UNITED STATES DISTRICT COURT

District of          NEW JERSEY

UNITED STATES OF AMERICA
V.

**APPEARANCE BOND**

PHILIP YOUNG

_____
Defendant

Case Number:   21-MJ-4014(MJS)

Non-surety:  I, the undersigned defendant acknowledge that I and my . . .
Surety:   We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 100,000 UNSECURED

The conditions of this bond are that the defendant          PHILIP YOUNG
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith.  Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on          8/19/2021           at          District of New Jersey
Date                                                  Place

Defendant  _____         Address  _____
PHILIP YOUNG

Surety  _____              Address  _____

Surety  _____              Address  _____

Signed and acknowledged before me on          8/19/2021
Date

WILLIAM T. WALSH, CLERK

Approved  _____         Ryan Sanders, Deputy Clerk
Judicial Officer

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| PHILIP YOUNG | ) |
| | ) |
| _Defendant_ | ) |

Case No. 21-4014(MJS)

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____Zoom_____

_Place_

on _____August 26, 2021 @ 1pm- Judge Meriweather_____

_Date and Time_

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release

# ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

**IT IS FURTHER ORDERED** that the defendant's release is subject to the conditions marked below:

( ☐ ) (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____      Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____      _____
                           *Custodian*                 *Date*

( ☒ ) (7)  The defendant must:
   ( ☒ )  (a)  submit to supervision by and report for supervision to the   U.S. Pretrial Services _____ ,
              telephone number _____ , no later than _____ ,
   ( ☐ )  (b)  continue or actively seek employment.
   ( ☐ )  (c)  continue or start an education program.
   ( ☒ )  (d)  surrender any passport to:      U.S. Pretrial Services
   ( ☒ )  (e)  not obtain a passport or other international travel document.
   ( ☒ )  (f)  abide by the following restrictions on personal association, residence, or travel:      District of NJ; District of Columbia (for court
         purposes only)
   ( ☒ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
         including:   victims, witnesses, alleged co-cospirators, other individuals charged in the capitol riot offenses

   ( ☐ )  (h)  get medical or psychiatric treatment: _____

   ( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
         or the following purposes: _____

   ( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
         necessary.
   ( ☒ )  (k)  not possess a firearm, destructive device, or other weapon.
   ( ☒ )  (l)  not use alcohol ( ☐ ) at all ( ☒ ) excessively.
   ( ☒ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
         medical practitioner.
   ( ☒ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with
         random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
         prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
         of prohibited substance screening or testing.
   ( ☒ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
         supervising officer.
   ( ☐ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
      ( ☐ )  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
             directed by the pretrial services office or supervising officer; or
      ( ☐ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
             medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
             activities approved in advance by the pretrial services office or supervising officer; or
      ( ☐ )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
             court appearances or other activities specifically approved by the court; or
      ( ☐ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However,
             you must comply with the location or travel restrictions as imposed by the court.
             **Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.**

AO 199B (Rev. 12/20) Additional Conditions of Release                                    Page ___ of ___ Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
  - ( ☐ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or
  - ( ☐ ) (ii)   Voice Recognition; or
  - ( ☐ ) (iii)  Radio Frequency; or
  - ( ☐ ) (iv)   GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t)  _____
_____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Cherry Hill, N.J.
_____
*City and State*

### Directions to the United States Marshal

(   ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   8/19/21        _____
                                    *Judicial Officer's Signature*

                                    Hon. Matthew J. Skahill, U.S.M.J.
                                    *Printed name and title*

DISTRIBUTION:    COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | MAG. NO.  21-4014(MJS) |
| | * | |
| PHILIP YOUNG | * | |
| | * | |
| | * | |
| | ***** | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

[✓] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

[ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

[ ] Other:

Date:

_____
Matthew J. Skahill
United States Magistrate Judge

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

|                          |   |                        |
|--------------------------|---|------------------------|
|                          | : |                        |
| UNITED STATES OF AMERICA |   |                        |
|                          | : | ORDER                  |
| VS.                      |   |                        |
|                          | : |                        |
| PHILIP YOUNG             | : | MAG NO. 21-4014(MJS)   |

In the interest of justice, and for purposes of his initial appearance and bail hearing only, and the defendant not having waived the appointment of counsel,

It is on this 19TH day of August, 2021

ORDERED that Richard Coughlin Federal Public Defender (Maggie Moy, AFPD) for the District of New Jersey is hereby appointed to represent said defendant for purposes of defendant's initial appearance only.

_____
MATTHEW J. SKAHILL
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  21-mj-4014 |
| | ) | |
| PHILIP YOUNG | ) | Charging District's Case No.     1:21-mj-00547 DDC |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*      District of Columbia

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)   a hearing on any motion by the government for detention;

(6)   request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☑   an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court. Defendant reserves the right to address the PH issue in the prosecuting district.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     08/19/2021

s/ Philip Young (authorized via video with AFPD Maggie Moy)

*Defendant's signature*

*Signature of defendant's attorney*

Maggie F. Moy, AFPD, DNJ

*Printed name of defendant's attorney*

CM/ECF LIVE - U.S. District Court for the District of New Jersey
Case 1:21-cr-00614-DLP Document 9 Filed 08/26/21 Page 21 of 23
Page 1 of 3

Query    Reports    Utilities    WorkFlow    Help    What's New

Log Out

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-04014-MJS-1

Case title: USA v. YOUNG

Date Filed: 08/19/2021

Date Terminated: 08/20/2021

---

Assigned to: Magistrate Judge Matthew J. Skahill

### Defendant (1)

**PHILIP YOUNG**
*TERMINATED: 08/20/2021*

represented by **MAGGIE F. MOY**
OFFICE OF FEDERAL PUBLIC
DEFENDER
800-840 COOPER STREET
SUITE 300
CAMDEN, NJ 08102
(856) 757-5341
Email: maggie_moy@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender*
*Appointment*

### Pending Counts

None

**Disposition**

### Highest Offense Level (Opening)

None

### Terminated Counts

None

**Disposition**

### Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| 18:111.F-ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES | |

**Plaintiff**

**USA**                                      represented by **ANDREW B. JOHNS**
DOJ-USAO
DISTRICT OF NJ
401 MARKET STREET, 4TH FLOOR
P.O. BOX 2098
CAMDEN, NJ 08071-2098
856-757-5137
Fax: 856-968-4917
Email: andrew.johns@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2021 | | Arrest (Rule 5) of PHILIP YOUNG (rss, ) (Entered: 08/20/2021) |
| 08/19/2021 | 1 | Rule 5 Documents Received as to PHILIP YOUNG (rss, ) (Entered: 08/20/2021) |
| 08/19/2021 | 2 | Minute Entry for proceedings held before Magistrate Judge Matthew J. Skahill:All parties consent to proceeding via Zoom videoconference. Defendant advised of rights, charges and penalties. Hearing on defendants application for the appointment of counsel.Financial affidavit executed on the record. Ordered application granted. Maggie F. Moy, AFPD appointed counsel for defendant. Defendant waives formal reading of Complaint. Defendant waives Identity and Preliminary Hearings.Order re: Rule5(f) read into the record. Hearing on governments application for bail to be set. Ordered application granted. Ordered bail to be set at $100,000.00 unsecured appearance bond with conditions.Ordered defendant to appear at the U.S.D.C. District of Columbia on 8/26/2021 at 1:00 p.m. Order Setting Conditions of Release to be entered.Ordered defendant released after processing. (Court Reporter/Recorder Zoom.) (rss, ) (Entered: 08/20/2021) |
| 08/19/2021 | 3 | ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING as to PHILIP YOUNG. Signed by Magistrate Judge Matthew J. Skahill on 8/19/2021. (rss, ) (Entered: 08/20/2021) |
| 08/19/2021 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to PHILIP YOUNG. MAGGIE F. MOY for PHILIP YOUNG appointed. Signed by Magistrate Judge Matthew J. Skahill on 8/19/2021. (rss, ) (Entered: 08/20/2021) |
| 08/19/2021 | 6 | BRADY ORDER as to PHILIP YOUNG. Signed by Magistrate Judge Matthew J. Skahill on 8/19/2021. (rss, ) (Entered: 08/20/2021) |

| 08/19/2021 | 7 | WAIVER of Rule 5 Hearings by PHILIP YOUNG (rss, ) (Entered: 08/20/2021) |
|---|---|---|
| 08/19/2021 | 8 | ORDER Setting Conditions of Release as to PHILIP YOUNG (1) $100,000 (Finance notified). Signed by Magistrate Judge Matthew J. Skahill on 8/19/2021. (rss, ) (Entered: 08/20/2021) |
| 08/19/2021 | 9 | UNSECURED APPEARANCE BOND Entered as to PHILIP YOUNG in amount of $ $100,000.00 (rss, ) (Entered: 08/20/2021) |
| 08/20/2021 | 10 | Transfer Letter sent to U.S.D.C District of Columbia re: PHILIP YOUNG (rss, ) (Entered: 08/20/2021) |