# EXHIBIT A

January 9, 2023


The Honorable: Dabney L. Friedrich
United States District Court Judge
U.S. Federal Courthouse
Third Street and Constitution Avenue, NW
Washington, D.C.

Dear Judge Friedrich:

I deeply regret my behavior on January 6, 2021. I was brought up to be held accountable for my actions and now, I will accept the consequences imposed by the court.

I went to D.C. on that day to attend President Trump's rally, to see him speak in person. My presence there had nothing to do with the presidential election results. I fully understood and accepted the Supreme Court's decision regarding the outcome of the 2020 election.

Anytime the opportunity presents itself, I thank a cop, military, EMT's, etc.  I have the utmost respect for them. In 2015, I found out that Jan 9th is "Law Enforcement Appreciation Day".  Since 2016, I have delivered a hoagie tray to my local police (PBA 122). I have never given my name at delivery, just "a grateful citizen". I don't need a trophy – just live right, do right. I give you this information not to earn brownie points, I would prefer to stay anonymous, however, it is important to me that you understand I respect and support the police.  I have friends, family, and kids I've watched grow up become part of law enforcement.  I feel any of them would still permit a handshake or hug from me and that matters.

I love (and like) my wife Connie. Since 1990, I've carried her in my heart on all my adventures. Yet, on January 6th I forgot about my life with her as I was overcome by mob mentality, and I willingly participated in the disorder. I had never been in an environment like the one that day and I don't have an answer as to why I allowed myself to get caught up in it.

Reflections over the last two years have given me a greater appreciation for the life I've had and a stronger love of country knowing she's still the fairest.  God knows my true character and I stand before him ashamed but having learned from my mistakes.

In closing, your Honor, I believe in our system and will respect your decision and I trust in your fairness.

Thank you.

Sincerely,

Philip S. Young

December 28, 2022

The Honorable Dabney L. Friedrich, Magistrate Judge
United States District Court Judge
U.S. Federal Courthouse
Third Street and Constitution Avenue, NW
Washington, D.C.

Dear Judge Friedrich:

My name is Connie Young, I have been the Conference Director at the Society for Industrial and Applied Mathematics in Philadelphia, PA for the past 22 years.  I am Phil Young's wife.

I have known my husband for over thirty years. We met in 1990 and have been living together since September of that year.  Soon after we met, we set our life goals. We got engaged in 1991, married in 1993, bought a home in 1996, had our son in 1997, worked like dogs through Phil's retirement in 2017, purchased a van in 2021, and finally, my retirement is December 31, 2022.  After long, demanding careers, we had planned to slow down and finally enjoy life, together. Our plan was to travel, in the van, visiting small towns and U.S. National Parks across America.

Like so many others in the world, I was shocked and dismayed as I watched the events of January 6, 2021 unfold.  I was further mortified to learn my husband was there and took part in the chaos. His behavior that day was uncharacteristic and does not align with behavior I've witnessed from him over the past three-plus decades.

Phil loves this country and believes whole heartedly in the U.S. Constitution. His pride in country is what motivated him to proudly design, create and install a flagpole, in a highly visible area, where he flew a U.S. flag for many years.  Out of respect for those who serve or served this country, he replaced the embroidered flag, before dawn, two times a year: Memorial Day and Veterans' Day.  He would even go so far as to schedule someone else to change the flag if we were out of town!

My husband has always been an extremely hard worker and an excellent provider. He treats every day as an opportunity to move forward and to get something done! He's quick to lend a hand to a friend or anyone in need. Prior to his retirement, whenever the "hat" was passed, he felt it was his duty to donate generously to any brother (BM Local 28) in need, whatever the reason.

After 911, Phil and a buddy loaded up their gear and drove to ground zero in New York to "see how we can help". This is the type of character I've seen in my husband for over thirty years.

Phil is a kind, generous and loving man. In 2017, in a completely selfless act, he drove my (then) 82-year-old Mother to Kentucky. She told me "Before I die, I want to see the blue grass of Kentucky!" I mentioned this to Phil, and he said, "Then I'll take her, she deserves to go!" and, he took her.  In a similar act, he drove my Mother to Tucson, Arizona (from Southern New Jersey), to visit her older sister, Gloria. It was the last time she saw Auntie Glo before she passed away.  Twice he drove my elderly Mother on long road trips, just the two of them.  Only a good person would do such a kind thing.

Phil is a master craftsman and artist. He works with wood to create beautiful furniture and other works of art.  He spends a lot of time creating in his shop (some photos are attached).  The Irish garden shed was the first of these projects and the Buddha the most recent. In my opinion, this is how Phil's time is best spent, creating beautiful things.

He is also an outdoorsman and loves to be on the river in a canoe or kayak, hiking in the mountains or desert, doesn't matter which, they all nurture his soul. The tranquility of nature brings him peace. This is a gift he has shared with me and our son, River. We are all dedicated to visiting as many of America's National Parks as we can, hopefully together.

I've been distraught with worry thinking about Phil being incarcerated. He has had four serious accidents in the last thirty years. His spine and hips are full of arthritis. He follows a rigorous physical therapy regimen that helps him maintain mobility so he can remain active and avoid becoming incapacitated by debilitating pain (which he has experienced in the past).  This consists of hanging on an inversion table multiple times a day, as well as regular workouts with bar and free weights.

Phil is a peaceful man who loves God, this country, and his family and friends. His behavior on January 6, 2021 was so uncharacteristic, it is a shameful part of our past. It is unlike him to act out against police officers or do anything that would hurt his family. He would never intentionally choose to cause us this pain or put our future in jeopardy.

While I fully understand my husband's actions on that day were wrong and unacceptable, I hope the court can choose leniency in his sentencing.  My husband is a decent human being who would go out of his way to help anyone in need. I am hopeful that his temporary bad decision-making and momentary lapse of good judgement does not cost us our future. He deeply regrets the bad and uncharacteristic behavior he had that day.

Sincerely,

Mrs. Constance Young
436 Tyler's Mill Road
Sewell, NJ 08080
609-221-9982

January 9, 2023

The Honorable: Dabney L. Friedrich
United States District Court Judge
U.S. Federal Courthouse
Third Street and Constitution Avenue, Northwest,
Washington D.C.

Dear Judge Friedrich:

     For twenty-five years, Phil, my dad has put forth every ounce of effort into insuring that I am able to get the most out of this life. From the time I was young I took notice of his work ethic. While I was preoccupied with school, my friends, and sports he was working long hard days often leaving before the sun came up and getting home long after it set. Even when he wasn't working the days would be spent fiddling with some project or cutting down dead trees in the woods out back for firewood and lumber. The same could be said to this day although his pace going about these things has slowed (especially cutting down trees). He's had a conscientiousness about his health for most of his life based on what I know and have observed. Father Time comes for all, but it was Phil who told me you can either combat it or succumb to it.

     In 2019 I had reconstructive knee surgery and, having had a similar knee injury, it was Phil who was able to significantly enhance my recovery in a way no doctor or physical therapist could. The experience and knowledge gained through the process of rehabbing my knee are things that I will carry with me the rest of my days. All the time and money in the world are meaningless without your health, something I can say I am Blessed to know because I feel as though too many people in this world figure out that ugly truth too far down the road.

     My Dad's always done his best to give me the brutal truths that way I'm best prepared in this life. In 2017 after he retired, we went on our first cross country road trip; first stop Grand Canyon National Park. Having been there before he knew the lay of the land and what to see. But what he had planned for us was something neither of us were properly prepared for. A backcountry overnight rim to floor to rim hike, 7.5 miles and 5,000 ft down to sleep on the floor of the Grand Canyon and then 10 miles and 5,000 ft up the next morning. He was honest with me in saying that it would be extremely difficult and the most grueling trail either of us have hiked, and grueling it was. The hike down was exposed to the June sun almost entirely but nonetheless it was a treat to reach the canyon floor. After the better part of the day was spent hiking in 120° heat we were humbled by the 100° heat at night. The next morning however was a different type of grueling. Having started on the trailhead out of the canyon at 3:30 A.M. to get a jump start on the sun we didn't reach the rim of the canyon until almost 5:00 P.M. because it was such a struggle to keep pace on that incline. It also didn't help that Phil was suffering from heat exhaustion from the previous day, by the time we were nearing the finish line I was beginning to wonder if he was going to make it on his own two feet. But after two days, over 17 miles and 10,000 ft elevation gain/loss, we were relieved to sit ourselves at the lodge's bar for a beer and hot dog. In the moment it was one of the most strenuous things I've put myself through in one of the

harshest environments. But looking back on it, it's one of the best experiences of my life. To be so completely immersed in the Grand Canyon where the only sounds are the wind in the trees, the Colorado barreling hundreds of feet below, and the sound of your feet carrying you along the way. It is one of the most beautiful experiences a person could have.

My attachment with nature stems from my dad. From taking me to various places around the tristate area when I was young, to booking me on my first trip out West to Yosemite when I was 14. That was what really hooked me to the beauty of the western side of the country. In the years since we have spent countless miles traversing the country visiting national parks and other unique natural features. My Dad has always had the ambition to buy land somewhere in the Midwest and ultimately move out there. To live somewhere with no neighbors in sight. Where your commute to a grocery store may be an hour or more away. A place whose night skies aren't drowned out by streetlights and suburbs. I have loved growing up in New Jersey but as I've gotten older, I've come to understand my dad's want in moving out West. Where we live has too much hustle and bustle, too many people, too much traffic. My father is a complex man with simple wants and needs. So, as to why he would involve himself in the events that took place on January 6th, I am not entirely sure. He'll be the first to tell you he shouldn't have gone. That he knows better than to get involved in the muck that is our current political climate. All I know is guilty or innocent my father is a righteous man, a hardworking friend, and a fruitful teacher.

Sincerely,

River J. Young

Four Corners, 2017

Olympic National Park, 2017

Grand Teton National Park, 2017







Glacier
Nationl Park
2017



Grand Staircase-
Escalante
National Monument
2022





Marble Canyon, UT 2022



"Jersey Boys" Pizza
Whitefish, MT 2022

Nov. 29, 2022

Federal Public Defender
District of New Jersey
800-804 Cooper rd.
Suite 350
Camden, N.J 08102

**RECEIVED**

DEC - 5 2022

FEDERAL PUBLIC DEFENDER

ATTN Christopher O'Malley

Dear Sir:

I am writing on behalf of Phil Young.
Phil is my beloved son-in-law
He is a man with solid convictions
and an asset to this family
I am an eighty-seven year old
widow and I live alone. I can count on
Phil if I have any problems.
He is a good family man caring for
my daughter and grand son.
He loves traveling in the United
States and once drove me to
Arizona to visit my elderly sister
We had such a good time and Phil
was always caring for my needs.

— 2 —

I don't know what more I can say about Phil's character. He is an avid listener to news on television and believes what he is hearing about this country.

He is a solid American and I am very proud of him.

I am a victim of the internment camp from Heart Mountain, Wyoming. I grew up in Seabrook Farms, New Jersey, married and raised three daughters.

I want Phil to live in a free country and raise his family. He is a good man and I love him very much.

I hope this letter will be of help to him.

Sincerely

Irene Robert

To: The Honorable Dabney L. Friedrich,
United States District Court Judge
U.S. Federal Courthouse
Third Street and Constitution Avenue,
Northwest, Washington, D.C

I am the sister of Phil's wife, Connie. I am a scientist at the Cleveland Clinic Foundation studying inflammatory bowel disease. I have known Phil since he started dating my sister over 30 years ago. I've lived in northeastern Ohio near Cleveland for the years I have known Phil but, since my family lives in South Jersey I routinely visit a couple times or more every year. Through the many years of interacting with him, I feel I've gotten to know Phil well.

When I first met Phil, he made a very good impression on me. I felt he was attentive to my sister and in the context of evaluating whether he is worthy of dating my beloved sister, I thought he was a good guy and a 'keeper'. He has always been generous with me and my husband, Bob, when we visit. Before we had a family we would stay with them in their home. He acts as a good host and we've always felt welcomed. I consider Phil to be honest, almost to a fault; I think he is incapable of lying. If you were to overbake some chocolate cookies and ask how they tasted, he would tell you they were a bit too crisp or make some kind of joke. I see Phil as a generous individual in giving his time and skills to his family, friends and neighbors. His kindness to my elderly mother in taking her on a road trip to see my Mother's ill sister in Arizona is a good example. My other Aunt was flying in to see her but, my Mother felt unable to fly and lamented the missed opportunity to see both sisters. Phil stepped up and offered to drive her there and back. Although my mother is a very easy going person, not everyone would volunteer for such a task. Phil brought a stool with them to help her get in and out of his truck and I did not worry about how well taken care of she would be on the long trip. I felt she was in good hands. On the occasions I have seen him interacting with his neighbors, I sense a camaraderie. The neighborhood is full of people who help each other out and though I cannot give specific examples, the way his neighbors behave with him leads me to believe that he contributes to their community. His reaction to the aftermath of 9/11 is another example of his generosity and contributions. After the airplane crashes and the collapse of the twin towers and hearing of the need for people with welding skills to help repair bridges, Phil took his equipment up to NYC to help out. Even with the risks of bodily harm, Phil did not hesitate to help. In his perspective it was the right thing to do to help the nation. Another response he had to the attack was to hang an American flag on the route 55 overpass near their home. To this day, he replaces the flag when the weather has done its work on it, and disposes of it in a respectful way.

His compulsion to help anyone especially if he views them as an underdog is truly a part of his character. He is well-liked and will strike up a conversation with a stranger. I recall my sister telling me there were several occasions in which one of Phil's co workers were over for dinner and the person asked my sister, "has Phil you about the time Phil saved my life?" Phil was a boilermaker which is a high risk job. He has been in a couple of accidents at work which were no fault of his own but his conscientiousness has prevented other accidents involving his

co workers. He has an excellent work ethic. He believes in a job well done-if you can't do a good job then do not bother to do it. Phil is a perfectionist. He has made beautiful things with his hands and is quite the craftsman and artisan. He has built a beautiful Irish cottage for my sister to use as a garden shed and he did so in the traditional manner, using the rounds of a tree as building blocks for the walls, puttied with a mixture made from the sawdust from cutting the rounds. He also built the adjoining patio next to the shed, a tree house for his son and has made beautifully carved wood art. His latest finished project is a Buddha which is a replica of the statue my sister had that got damaged in a windstorm. Currently, he is working on specializing the interior of the van he and my sister purchased in order to travel the country's campgrounds in their retirement.

I believe Phil to be law abiding and that he believes in a just world. The crimes he faces punishment for are not typical of his behavior. I have never seen or heard of him being violent. I know his political beliefs are what brought him to the capitol but, I don't think he knew what was going to happen that day. He is an intelligent man. If he knew he was going there to commit crimes he would not have worn clothes that could easily identify him. Phil went there that day to be amongst a group of what he considers to be patriotic individuals, to see the President speak. He is deeply remorseful of his actions not because of how it impacts him. He believes he should be held accountable. What he is extremely sorry for is how his actions have impacted his wife and his son. My sister has just retired this week. He has brought an uncertainty to their future that he knows my sister does not deserve. If he had it to do over again, I think he would have stayed home.

Sincerely,

Nancy A Rebert

To: The Honorable Dabney L. Friedrich,
United States District Court Judge
U.S. Federal Courthouse
Third Street and Constitution Avenue,
Northwest, Washington, D.C

I am Robert O'Deens, a brother in law of Phil Young. I am a public school teacher in Cleveland Heights, Ohio and teach secondary and college level precalculus and calculus to mainly juniors and seniors. I have been teaching at the same school for 29 years.

I have known Phil since about 1991. He is married to my wife's sister, Connie. He was very welcoming of me into the family and we enjoy each other's company.  Through the years my family and his have spent many years vacationing together on the Jersey Shore. He welcomed us into his house and welcomed us to stay in his house when we came to visit. He would give the shirt off his back to help someone, even a total stranger.

I think I know Phil well. He is a generous man that would share what he has with friends and family. I think he is a man of good moral standards that went to a rally and got caught up in some of the group's poor behaviors and I strongly believe he would not intentionally harm anyone. I also believe he had no thoughts of being a part of overthrowing the government. He is in fact very patriotic. In response to 9-11 attacks he hung an American flag over Route 55, replaced it as needed and disposed of the flag in a respectful manner.  I do not think he took any pleasure in what happened with the harming of the capital police or damage to the capital. I think he condemns the violence where people harmed anyone including the capital police. What Phil is charged with is completely out of character for him. In all the years I have known him I have never seen him hurt anyone or speak against the United States.

Now that Phil has retired he has ambitions to travel and explore the United States in the camper van that he and Connie bought for retirement. I think he is especially interested in the west and the Native American story. I think he does not like the injustice he feels was done to the Native Americans and wants to explore the west. He makes friends almost everywhere he goes. He is outspoken and will strike up a conversation with total strangers. He is easy to get along with. He is a perfectionist and will take his time to do things the right way. I know he took great pride in his work as a boilermaker. He amazes me with his artistic abilities. He made an Irish Cottage for Connie that could grace the cover of any garden magazine. He hand forged the gutter hooks (with me) and put in a copper sink, leaded glass windows (he made) and a door he crafted from cedar he reclaimed and milled. His attention to detail and the quality of his work is impressive. He puts this into everything he does.

I think that Phil is an outstanding character that regrets what has happened. I do not think he will be putting himself in a situation like this again. I do not see him as a threat to anyone or the government. I think he feels remorseful and is looking forward to spending time with his wife, family and friends in retirement.

Robert O'Deens
38756 Wood Road
Willoughby, Ohio
440-339-6472
bobodeens@gmail.com

To whom it may concern,

My name is Adam Bowman.  I am the Maintenance Manager for JJ White Inc. at Wood River Refinery.  I am also a member of Local 28 Boilermakers.  Phil Young has been a colleague and close friend since 2008 when we met at Duck Island power station.

Phil and I worked closely together for a few years, carpooling our long commutes when jobs landed us in North Jersey.  We've had to stay away from home at times, splitting hotel rooms when we were working away from home.  We've gone on several kayaking trips together and many friend and family functions.  I'd say at this point I know Phil fairly well.

Phil is as honest and truthful as a person gets.  He will speak his mind, whether people want to hear the truth or not.  His character doesn't allow him to do anything else.  That same character is something to be proud of.  It drives his willingness to help people, and his care for his friends.   It's also what drove him to fly and maintain the American Flag on the bridge near his house.  Thousands of people have driven past that flag for years that Phil kept there for everyone to see.

I've never been a person who asks for help.  With Phil you don't need to ask.  He just helps.  With a short conversation at work about what we're all doing for the weekend a few years ago, I brought up that I was pouring concrete myself in my driveway.  Saturday morning, Phil was there, with tools.  This is an example, but it carries across to simple things like holding doors for people going in a Diner.  Always helpful, polite, and mindful of his surroundings.

Phil has always been focused on doing what's right.  Not just for his family, but his friends, neighbors, and anyone who happened to be near him.  He is retired now and should be focused on his retirement dreams.  Travelling the country and enjoying all the National Parks along with everything this nation has to offer.  He is an avid outdoor enthusiast.  The years of hard work and preparation leading up to his retirement goals of traveling, hiking, and camping have been well known.  He would never deliberately put these things at risk.

These charges seem to have changed Phil.  He has become quiet and withdrawn from the way he usually is.  You can see in him that this situation has been weighing heavily on his conscience.


Thank you for your time,


Adam Bowman

(856) 340-5885

adambowman60@gmail.com

To Whom it may concern —

I would like to talk about Phil.
He is a friend of my son.
I got to know him while visiting at my sons home.
Phil is intelligent, kind and the best friend a person could have.
He loves this country and believes in the goodness of the USA.
On Jan 6th he went because of that. He was not armed or did he wish any harm to anyone.
free speech is not a crime.
Please treat Phil as the patriot that he is, who loves his country.

Thank you, B. Carson

Your Honor,

My name is Craig Carson. I am a neighbor of Phil Young. I have known Phil for over 20 years. I know in your job you only hear about the bad things people do. I would only like to take a few minutes of your time, for me to explain how much this man is a good person. If you were his neighbor, he would help you any way he could. He's very kind and thoughtful. He would be the first one there to help you with any problem.

Phil is very patriotic. He loves America. He loves to travel to see all the state parks. No one loves his country more. It hurts him to see things happen in this great country that our forefathers died to make it a great. He feels blessed to live here. January 6th, he got caught up in the moment, just as we all do in life. We have regrets, things we wish we hadn't done. At the time, we thought we were doing the right thing. Please be lenient on this man, he already knows what he did was wrong. Now when he looks back, he wouldn't have been involved in that situation.


Thank you for taking the time to read this,

Mr. Craig Carson

RECEIVED

JAN - 3 2022

FEDERAL PUBLIC DEFENDER

John Graybeal
3480 Quaker Run Road
Richfield, PA 17086
484 847 7119
Dec 28 2022

The Honorable Dabney L Friedrich
United States District Court Judge
US Federal Courthouse
Third Street and Constitution Avenue
Northwest Washington D.C.


My Name is John Graybeal. I am
a 68 year old retired Boilermaker
for Local 28 New Jersey. I have
worked with Phil Young quite a few
times in my career and have had
the opportunity to work along
side him on some Jobs.

The Phil Young I know is a good
honest man, a great family man
and a very skilled and hard
worker. I have often ate Lunch
together at the same table and took our
breaks breaks together. We got to
Know each other and soon became friends
I Know for fact how much he loves
and cares for his family family and
would always talk about how proud

and lucky he was to be able to
provide a nice life for them.
He would always be building things
with his son and teaching him the
skills needed in life and also
giving him instructions on how to
be a man. Phil was never late
for work and always could be
counted on to do the toughest
jobs the boilermakers had.
He was always willing to help
others and especially apprentices
who were just learning our trade.

Phil loved nature and the outdoors.
Phil always spent his free time
planning adventures and doing all
kinds of activities with his family.
I was always touched by the
stories he told of his excursions
with the family.

The Phil Young I know is proud
to be an American and loves his
Country and what it stands for!

I had the opportunity to talk to Phil recently at a breakfast reunion for Local 28. He told me of his plight and the big mistake he had made that day. He owned up to being wrong and told me he was extremely sorry for his actions that day. He said he embarrassed himself and his family and for that he will stand accountable. Phil Young is an honorable man that made a bad mistake. He truly regrets his actions and told me so.

Phil Young is an imperfect man He is a spiritual man that Loves GOD. Phil is a good citizen of the United States and it has always been my honor and pleasure to be considered his friend.

In closing I humbly ask that you consider this letter as evidence to the quality of Phil Young character.

Thank you
John Graybeal

Friday, December 30, 2022   1:21 PM

Dear Most Honorable Judge,

It is my pleasure to write this letter to you about my friend Phillip Young.  I met Phil about 15 years ago, as he is friends with my Fiance'.  Ever since I've known Phil he has always been very devoted, caring, and true to his family and his friends. He's also  always there to lend a hand.  I can remember 4 years ago when I broke my wrist and needed emergency surgery.  Afterwards, I had to keep my forearm elevated for quite some time. Phil helped my fiance' make an arm rest so it would be much  easier and more comfortable to keep my forearm elevated.  As a Registered Nurse, it meant so much to me that he helped take the time to do that; which definitely helped the healing process.

I also remember a Thanksgiving gathering, where a guest had brought their older son,who was wheel chair bound.  Phil took he and his parent for a special ride through the woods where we live.  When they came back, the ATV was filled with smiles.The son in the wheelchair looked so happy and his parent could not stop thanking Phil for the joy he brought to his son. This is the type of person that Phillip Young is.  He loves to see people smile and laugh. He loves to share his joy with family and friends.

He is also very knowledgeable and shares his knowledge about everything in the worldwith others.  He does not take anything for granted and wants to make sure that everyone knows the truth about issues.  He does not lie. His integrity is admired bymany, including myself.

I could write a book about the wonderful things Phil has done.  He is someone that I truly admire. I would NEVER feel in any way that Phil is a harmful person. I wouldNEVER feel in anyway that he could ever, ever, be a threat to society.  Phillip Young Is a person whose relationships with family, friends, and society AlWAYS mirror his integrity and values of love, respect, and truth.  The values that Phillip Young abides by. I wish everyone had the same values.

Thank you for taking the time to read this letter.  If there are any questions,  pleasedon't hesitate to call me either on my cell (856)-404-7870 or at work(856)-342-2001 ext. 1004231.

Sincerely,

Janet M. Ezekiel
991 Main Street Sewell NJ 08080

Honroable Dabney L. Friedrich

My name is Kathy Matczak. I have been
retired for four years now but have lived here for
over 50 years. Phil Young moved into this neighbahood
about 25 years ago and has been an excellent neighbor
and friend ever since. Phil has always been the
first one to come if anybody needed any help with
any thing.

Phil is an excellent craftsman and is always
working on a project of some sort. The neighbahood
children love him and always want to see what
he is working on next. He always take time to
interact with them. He explains his projects from
the time a tree is cut until the project is finished.
A couple of years ago the kids (ages 5-17) were
talking about a new wooden game called Knock Hockey.
Phil looked it up & decided to make a couple of
them as a surprise. He invited us to his workshop
and pulled the games out. The kids were so excited
they stayed and played for hours. The look on
Phil's face to see their excitement is one I will
never forget.

Phil and his family are regulars at our house
as they are at others in the neighbahood. Everyone
is always happy to see his smile when we see
him coming.

We are all hoping for the best for Phil and
his family and will be there for this.

Thank you
Kathleen Matczak

My character reference of Phil Young

I'm a retired boilermaker at 70 years old, and have known Phil for about 33 years.

Phil is a person with high values, great integrity and committed to his beliefs.

I've worked with him often, as his foreman and side by side. He is generous, a gentleman, hard working, and a total asset.

I watched him jeopardize his own safety, to save a fellow worker his life, by pushing him out of the way of a tractor trailer backing under a very large piece of duct work. He is very thoughtful and concerned for others.

He also went to the World Trade Center to help after 9/11, a helping hand wherever needed.

Phil has a great reputation, honest, well liked, and a very good friend.

Len Scully
856-371-4986

**RECEIVED**

NOV 3 0 2022

FEDERAL PUBLIC DEFENDER

**Len S. Scully**
321 Woodbury Lake Dr
Deptford, NJ 08096-2841

To Honorable Dabney L. Friedrich
U.S. Federal Courthouse
3rd and Constitution ave.
Washington, D.C.

Jan. 13, 2020

Christopher O'Malley -

My name is Michael Raymond. I grew up within 10 miles of where I have resided for the last 35 years at 802 Perkins Lane Edgewater Park, N.J. 08010.

My father (Fred Raymond - deceased), Phils' father (Jack Young - deceased) myself and Phil are members of Local #28 Boilermaker Union; Phil and I are retired. Phil was an excellent Boilermaker often connecting steel, beams and columns 100 plus feet off the ground. He also was very good at performing all other duties of boilermaking; cutting, welding and fabricating for repair and Contruction of refineries and electric generation plants.

I first met Phil in the mid 1980's and worked with him on various jobs until I retired in 2011 and still see him 4-5 times a year at breakfast club, picnics, etc.

Phil has a high regard for nature and often hikes and tracks in parks throughout America. One thing I always think of is when he built an elaborate tree house but refused to drive a nail into the tree.

Although I do not condone Phils' actions on Jan 6th I commend him on following his belief that his actions were necessary to preserve the country that the founding fathers created 250 years ago the mind set of the revolutionaries to overthrow English control was similar.

As to Phils character, it is at a very high level of integrity and I know that he would protect his family and friends regardless of cost to himself

over

My opion of Phil is that he is an upstanding Citizen of high moral character. He has contributed to society for more than he has taken. Because I know him so well I ask for leniancy in his sentance if he is convicted - he is one of the good people.

Sincerly

Michael F. Raymond

RECEIVED

JAN 1 7 2023

FEDERAL PUBLIC DEFENDER

The Honorable: Dabney L. Friedrich
United States District Court Judge
U.S. Federal Courthouse
Third Street and Constitution Avenue
Northwest Washington D.C.


Good Day Judge Friedrich,

My name is Walter Lafferty, I am 60 years old and work as a computer technician for Cenlar Federal Savings Bank. I have known Phil Young for 47 years and have been his best friend for the last 40. I know as much about Phil as he knows about himself. I have personally witnessed more selfless acts from Phil than I have time to write about in this letter. Here are a couple that are embedded in my memory. I have seen Phil anonymously pay the check for meals at restaurants for the veterans dining at the table across the room. I have helped Phil shovel snow from the parking lot of the local Heritage's store because workers were buried under 3 feet of snow and had no shovels to dig out and get home to their families. I have watched Phil tirelessly help strangers with car problems, help friends move, more than once. Fix plumbing or electrical problems at neighbor's homes just because they needed help. On one particular overnight canoe trip with Phil I watched him share his food and drink with strangers after they lost their food and drinks when their canoe capsized. One thing I have never witnessed from Phil is him asking for something in return for his efforts, EVER. I have many more personal eyewitness accounts of the same behavior from Phil, after all I have been the best friend for 40 years. We still gather at Phil's on Friday evenings for date night and numerous people from the neighborhood are always stopping by to visit with Phil. We are often looking over maps of the US and planning road trips and vacations with our families. We travel together a couple times each year to immerse ourselves in the joy of being outdoors in the most beautiful country on the planet. Exploring America is Phil's favorite thing to do.

Phil Young is a very likeable person, has quite a unique personality and enjoys talking with family, friends and strangers. Just ask the arresting FBI agents. By all accounts Phil is a standup, made in America individual that you can rely on and relate to. Quite simply Phil Young cares more about his fellow Americans and the USA than any person I have ever encountered. He walks, talks and breathes USA. Only buys made in America products, supports local businesses and is passionate about his love of country. That passion is what led him to Washington DC on January 6th. A passion to support his team and his hope for continued freedom and prosperity for all Americans.

Regarding the assault charges Phil faces I state the following.

While being passionate about America and his team it is not anger or hated that drives Phil. I also know he does not wish pain or suffering upon anyone, his team or not. I believe Phil's actions on January 6th are more akin to a sports fan at a hockey game. Politics however is not a game played for trophies or medals, the winners are tasked with stewardship of our country and the American way of life. Phil takes that very seriously and would like to see political leaders also take their stewardship seriously. Phil's actions on January 6th holding that barricade were much like that of any fan that would stand at the glass at a hockey game and yell at the opposing team in support of his own team. Phil's actions are more characteristic of a sports than a rioter. I do not believe his intentions were to assault anyone, especially any uniformed officer or security personnel. He was just that hockey fan cheering for his team from the other side of the glass. Unfortunately for Phil the barriers fell away and he found himself in the middle of the chaos with crowds pushing and shoving from behind and security personnel blocking the way forward. Wrong place, wrong time.

Thank you
Walter Lafferty

Your Honor Dabney L. Friedrich, I am writing this letter on behalf of Phil Young who I have known for 16 plus years. First I would like to introduce myself. My name is Pete Urbano Jr. I am a self employed Electrical Contractor. My Dad started the business in 1985 and my brother and I bought the business from my Mom or my Dads estate after he passed from Pancreatic cancer in 2012. My Dad met Phil a few years after I moved to the neighborhood when Phil wanted some Electrical work done. My Dad told a story of Phil and described Phil as a cool guy. The story was after meeting and going over what he wanted done they shook hands but when they shook Phil grabbed the front of my dads hand and stated " we need to do that again". My dad was confused and asked " what do you mean". Phil stated "well, I came up short on the hand shake and we need to shake again". So they shook hands again with a nice firm handshake. My Dad found this story funny and I heard him repeat it several times. This is a glimpse into Phils character.

As I have come to know Phil over the years I have seen many sides of him. Not one of them would make me concerned or feel as though I could not stust him. Over the years there have been several occasions when Phil would offer a hand while I was struggling to do something around the house or yard. He would offer dinner in my single years before I had a family of my own. While I have been married for 4 years now and 2 kids Phil has showed nothing but love towards my kids and wife. Both him and wife Connie are one of the many reasons we chose to build an addition on our house and not move to a different area as our family grew. Phil would do anything or lend a hand if ever needed. This is the type of neighbor anyone would want to have living next door to them.

I know throughout the years Phil has showed how much he loves this country and the landscape. He travels the U.S. in his truck to camp and site see with friends and family. He has showed us pictures of the night sky with the stars illuminating the sky like you can not see where we live in Jersey. The pictures of the sights are breath taking and he enjoys every moment of it. Phil is a passionate person who has strong beliefs and opinions but, I would expect anyone with such love for this country to be the same. I don't feel as though that I would have went to the Capital that day but, I am not as passionate as most of the people who went there. I am sure there were some bad people there with ill intentions. I don't feel as though Phil has these ill intentions. There is not a doubt in my mind Phil got caught up in a moment and I know looking back at it he has remorse for his part that day.

I hope this letter serves you well and gives you a better idea on the kind of person Phil is. I don't feel as though someone should be judged on one action or one event but who they are and how they act on a day to day basis. Phil is a caring,

funny, loving, and passionate person. Thank you for taking the time to read my letter about my Friend/Neighbor.

Sincerely

Peter A. Urbano Jr

RECEIVED

DEC - 9 2022

FEDERAL PUBLIC DEFENDER



Oak cabinet he built for a neighbor

Cherry TV stand in our home

Black walnut corner cabinet

Phil took a 200+ year old tree that fell during a storm & made solid oak doors for our house.

Black walnut

Buddah for Connie

Cherry heart insert for Connie

Carved from a neighbors tree

INTO THIS!



Some
Photos of us
from various trips.

August 10, 1996

A letter to my unborn child,

Im feeling particularly sentimental today. It was six years ago today that your father & I met It wasn't long after that, that we fell in love. I know this sounds corny but, it's really true I must confess though, I didn't know at the time how deep the love between us would become.

It has been five and a half weeks since you were conceived on July 3, 1996. Your father & I are both so happy & excited. You are our first love child and were planned with all of our love and care.

Mom  
9/28/01

You've brought so much joy into our lives. We love you very much.
OXOX 9/28









































